

## MEMORANDUM OPINION

No. 04-10-00369-CR

**IN RE** Larry **HAYNES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: June 2, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 12, 2010, relator Larry Haynes filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his various *pro se* motions.

However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on a *pro se* motion filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion

---

[1] This proceeding arises out of Cause No. NM054859, styled *State of Texas v. Larry Haynes*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Sharon MacRae presiding.

by declining to rule on relator's various *pro se* motions filed in the criminal proceeding pending in the trial court. Accordingly, relator's petition for writ of mandamus is denied. Tᴇх. R. Aᴘᴘ. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH